In re MANHATTAN BRIDGE TERMINAL IN CITY OF NEW YORK. (Supreme Court,

Appellate Division, Second Department. June 9, 1911.) In the matter of the application of the City of New York, relative to acquiring title, etc., to lands for a plaza at the Manhattan Bridge terminal in the borough of Brooklyn, city of New York, etc.; Meier Steinbrink, petitioner. No opinion. Motion to conform report granted. Settle order before the Presiding Justice, upon notice to the corporation counsel. See, also, 128 N. Y. Supp. 1134.